UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BISCHOFF, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SANDRA BRITTAIN, et al.,<br><br>    Defendants. | No.  2:14-cv-1970 KJM CKD<br><br><br>ORDER |

Plaintiffs' motion to compel came on regularly for hearing on October 14, 2015.  Todd Espinosa appeared for plaintiffs.  David MacMillan appeared for defendants.  Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

    1. The parties are directed to meet and confer regarding a stipulated protective order.  No later than October 28, 2015, the parties shall submit a stipulated protective order.  If the parties cannot agree on the terms of the protective order, no later than October 28, 2015, plaintiffs shall submit a proposed protective order and defendants shall file any objections thereto.

    2. The motion to compel (ECF No. 44) is granted.  All responsive documents shall be produced, without objection,[1] no later than November 6, 2015.  If after diligent search, there are

---

[1] The parties have previously agreed that documents exchanged between counsel of record for defendants and clients for which a claim of attorney/client privilege is made need not be produced

1

1 | no further documents responsive to a particular category, then defendants shall so state.  Further
2 | responses to interrogatories nos. 2 and 14 shall be provided, without objection, no later than
3 | November 6, 2015.
4 |     3. Discovery produced pursuant to this order shall be subject to the protective order.
5 | Documents produced responsive to document request nos. 9 and 10 shall be limited to attorneys-
6 | eyes only and experts for statistical purposes.
7 | Dated:  October 15, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 bischoff1970.oah

28 | and no privilege log need be made of such withheld documents.