UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BISCHOFF, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SANDRA BRITTAIN, et al.,<br><br>　　　　Defendants. | No.  2:14-cv-1970 KJM CKD<br><br><br><br>ORDER |

Defendant has noticed a motion to quash for hearing on November 18, 2015.  The subpoena at issue calls for production of documents at a law office located in Redwood City, which is located in the Northern District of California.  Under Federal Rule of Civil Procedure 45(d)(3), a motion to quash must be brought in the court for the district where compliance is required.  The motion to quash was therefore improvidently filed in this District.

Accordingly, IT IS HEREBY ORDERED that defendant's motion to quash (ECF No. 59) is denied without prejudice to its renewal in the proper District.

Dated:  November 3, 2015

　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 bischoff1970.mtq