UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BISCHOFF, et al., | No. 2:14-cv-1970 KJM CKD |
| Plaintiffs, | |
| v. | ORDER |
| SANDRA BRITTAIN, et al., | |
| Defendants. | |

Plaintiffs' motion for sanctions came on regularly for hearing on February 3, 2016. Todd Espinosa appeared for plaintiffs. David MacMillan appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. No later than March 4, 2016, defendants shall produce all discovery, without objection, required under the court's October 15, 2015 order (ECF No. 54) on plaintiff's motion to compel. Said production shall include responsive documents from <u>all</u> defendants, as called for in the discovery requests and shall provide a detailed statement of the search methods used by defendants in searching for responsive documents.

2. The motion for sanctions (ECF No. 67) is denied without prejudice to its renewal after review by plaintiff's counsel of the further production called for in the instant order.

/////

3.  The court finds an award of expenses incurred in connection with the motion for sanctions is warranted in this matter.  No later than February 19, 2016, plaintiff's counsel shall submit a statement of the attorneys' fees incurred in connection with the motion, including time spent on briefing the motion for sanctions, meeting and conferring on the issues raised therein, and appearance at the court hearing on the motion.  No later than February 26, 2016, defendants may submit a response to the claimed attorneys' fees.  The matter of expenses will thereafter stand submitted.

Dated:  February 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 bischoff1970.oah.2