Todd Espinosa (SBN 209591)
Law Office of Todd Espinosa
2000 Broadway Street
Redwood City, California 94063
650-241-3873 telephone
650-409-2550 facsimile
tie@toddespinosalaw.com

Kristine K. Meredith (SBN 158243)
Danko Meredith
333 Twin Dolphin Drive, Suite 145
Redwood Shores, California 94065
(650) 453-3600 telephone
(650) 394-8672 facsimile
kmeredith@dankolaw.com

*Attorneys for Plaintiffs Scott Bischoff,
Leron Dempsey and Project Sentinel, Inc.*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BISCHOFF; LERON DEMPSEY; and PROJECT SENTINEL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDRA BRITTAIN; KEITH JOHNSON; RZM INVESTMENTS ENTERPRISE, LLC; and J.A. BRITTAIN, LIMITED, <br><br> Defendants. | Case No. 2:14-cv-01970-KJM-CKD <br><br> **ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS FOR FED. R. CIV. P. 26(b)(5)(B) DETERMINATION** <br><br> Before:  Hon. Kimberly J. Mueller |

1  On September 7, 2016, Plaintiffs Scott Bischoff, Leron Dempsey and Project Sentinel,
2 Inc. ("Plaintiffs") presented four e-mail messages to the Court pursuant to Federal Rule of Civil
3 Procedure 26(b)(5)(B) and requested sealing under General Local Rule 141.  The parties dispute
4 whether the e-mail messages are subject to attorney-client privilege and work-product protection.

5  For good cause shown, the request to seal is GRANTED insofar as was necessary for the
6 Court to review the e-mail messages.  The Court further DETERMINES that the e-mail messages
7 are not subject to privilege or protection.

9 IT IS SO ORDERED.
10 Dated:  September 12, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, Todd Espinosa, hereby certify that on the date specified below, I caused the foregoing document to be served on

    Daniel P. Costa
    David D. MacMillan
    Ryan E. Abernethy
    The Costa Law Firm
    2489 Sunrise Boulevard, Suite A
    Gold River, CA 95670
    Telephone: (916) 400-2734
    Facsimile: (916) 400-2744
    Email: dpc@costalaw.net, ddm@costalaw.net, rea@costalaw.net

    *Attorneys for Defendants Sandra Brittain, Keith Johnson, RZM Investments Enterprise, LLC and J.A. Brittain, Limited*

by electronic mail.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   September 7, 2016       */s/ Todd Espinosa*
                                                 Todd Espinosa